1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8    GRAIG L. GRIFFIN,                              No. C 09-2525 MHP (pr)

9              Petitioner,                          **ORDER OF DISMISSAL**

10         v.

11   PEOPLE OF THE STATE OF
     CALIFORNIA,
12
               Respondent.
13   _____/

14

15        On October 28, 2009, the court issued an order of dismissal in which it explained that

16   the habeas petition did not state a claim upon which relief may be granted, and granted

17   petitioner leave to amend to file an amended petition by November 20, 2009.  That deadline

18   has long passed, and petitioner has not filed an amended petition or otherwise communicated

19   with the court.  Accordingly, this action is dismissed for failure to state a claim upon which

20   habeas relief may be granted.  The clerk shall close the file.

21        IT IS SO ORDERED.

22   DATED:  March 31, 2010                     _____
                                                Marilyn Hall Patel
23                                              United States District Judge

24

25

26

27

28

**United States District Court**
For the Northern District of California